

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00514-CR

Juan Francisco **DE LUNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRN001102 D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on September 12, 2016. *See* TEX. R. APP. P. 35.1. On September 21, 2016, court reporter Cynthia M. Perez Lenz filed a notification of late record. She advised the court the record would comprise approximately 1,500 pages. She provided a status report showing the records she has in progress including a death penalty case. She stated she does not expect to complete the record in this appeal "in the next few months," and she asked for an extension of time to file the reporter's record. The reporter's request is GRANTED IN PART. *See id.* R. 35.3(c) (limiting an extension in a regular appeal to thirty days).

The reporter's record is due on October 12, 2016. *See id.*

If the reporter's record is not filed with this court by the due date, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court